UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMEL WHITESIDE,

    Plaintiff,

v.                                                         Case No. 11-C-1079

CAPTAIN MORGAN, et al.,

    Defendant.

**ORDER**

The plaintiff is a state prisoner proceeding pro se. On December 14, 2011, this Court ordered the payment, within 21 days, of $17.46 as an initial partial filing fee in this action. Plaintiff was warned that failure to pay the fee in a timely fashion could result in dismissal. The fee has not been received.

Accordingly, the case is **DISMISSED** for failure to pay the initial partial filing fee.

**SO ORDERED** this   23rd   day of January, 2012.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                           United States District Judge